FILED

UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF FLORIDA

JACKSONVILLE DIVISION

2023 JAN 31  PM 2: 53

CLERK, US DISTRICT COURT
MIDDLE DISTRICT OF FL
JACKSONVILLE FLORIDA

VICTORIA MOBLEY                           CASE# 3:23-cv-111-HES-MCR

VS

REGIONAL CONFLICT COUNSIL AND

ROBERT KEEP ATTORNEY

COMPLAINT

1

PLAINTIFF VICTORIA MOBLEY A RESIDENT OF DUVAL COUNTY JACKSONVILLE FLORIDA LIVES AND RECIEVES MAIL AT 1601-1 NORTH MAIN STREET UNIT# 13214 JACKSONVILLE FLORIDA AND IS SUBJECT TO JURISDICITION AND VENUE OF THIS HONORABLE COURT

2

DEFENDANT ROBERT KEEP AN ATTORNEY WITH THE OFFICE CONFLICT COUNSIL LOCATED AT 1 WEST ADAMS STREET 2ND FLOOR JACKSONVILLE FLORIDA 32202 AND IS SUBJECT TO JURISDICTION AND VENUE OF THIS HONORABLE COURT

3

COMES NOW PLAINTIFF AND STATES THIS THEIR COMPLAINT AS FOLLOWS TO WIT:

THIS COURT IS EMPOWERED TO HEAR AND TRY THIS CASE AS IT IS A CASE OF PROFESSIONAL MALPRATICE.

ON OR ABOUT APRIL OF 2022 DEFENDANT WAS ASSIGNED TO REPRESENT ME IN MY COURT CASE. HOWEVER, DEFENDANT REFUSED TO DO ANYTHING I ASKED HIM TO DO TO HELP ME WITH MY CASE. INSTEAD HE WAS ACTUALLY HELPING THE STATE TO TAKE MY CHILD AWAY FROM ME PERMANATELY. HE WAS COMBATITIVE AND ARGUMENTITIVE ABOUT EVERYTHING. HE DID NOTHING TO HELP MY CASE WHATSOEVER.

THE RELIEF I AM ASKING FROM THIS HONORABLE COURT IS

1. $500,000.00 IN DAMAGES FOR UNDUE STRESS CAUSED BY DEFENDANT.
2. HIS LICENSE TO PRATICE LAW BE REVOKEKED PERMANATELY.

STATEMENT OF ACTION TO SHOW CAUSE

PLAINTIFF IS ENTITLED TO RELIEF ON THE FOLLOWING GROUNDS,

1 DEFENDANT DID NOT DO HIS JOB WHICH WAS TO DEFEND ME AND GET MY CHILD BACK WITH ME.

IN THE INTEREST OF JUSTICE HIS LICENSE SHOULD BE REVOKED BECAUSE HE IS INCOMPETENT TO PRATICE LAW, AND HE IS A DANGER TO THE COMMUNITY.

*Victoria Mobley*